IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA

| | |
|---|---|
| **TERRY PRYOR** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) CAUSE NO. 1:22-cv-01283 |
| **MRC GLOBAL** | ) |
| | ) |
| **Defendant,** | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, name-above, complains of act and omissions by the Defendant. In support of her Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

**JURISDICTION**

1. This suit is authorized and instituted pursuant to Title VII 42 U.S.C. § 2000e.

2. Plaintiff fled a charge with the Equal Employment Opportunity Commission (EEOC) and received a notice to sue on April 12, 2022.

**PARTIES**

3. Plaintiff is Black woman and at all relevant times she resided in the Southern District of Indiana.

4. Defendant is a corporation doing business in the State of Indiana in the Southern District of Indiana.

**FACTS**

5. Plaintiff began working for the Defendant in 2020 as a Support Associate.

6. Since April 2021, Plaintiff experienced sexual harassment from her Team Leader.

7. The harassment included, but was not limited to comments asking to take Plaintiff on a date, tell her they could have fun together and asking if everyone in Plaintiff's family was built like her.

8. The Team Leader discussed Plaintiff's butt with co-workers and informed other co-workers that he wanted to have sexual intercourse with Plaintiff.

9. The Team Leader made disparaging comments about Plaintiff's age; stating that Plaintiff was too old for her job and that Plaintiff was senile.

10. Plaintiff's direct supervisor and co-worker also sexually harassed Plaintiff.

11. Plaintiff's direct supervisor and co-worker grabbed Plaintiff's butt, brushed up against Plaintiff, walked behind Plaintiff and stated he was looking at her butt because he is a butt man.

12. On August 2021, Plaintiff attempted to break up an altercation between her Team Leader and co-worker.

13. Plaintiff informed her Supervisor that her co-worker stopped speaking to her and that made it very difficult to perform her duties.

14. Plaintiff informed her Supervisor that she did not understand why the altercation between her Team Lead and co-worker was not investigated.

15. Plaintiff has been excluded from corporate functions.

16. Plaintiff was sexually harassed due to her gender.

17. Plaintiff was retaliated against for engaging in protected activity.

18. Plaintiff was subjected to a hostile environment.

**COUNT I**

19. Plaintiff incorporates by reference paragraphs 1-18.

20. Defendant, as a result of harassing Plaintiff due to her gender, violated Title VII 42 U.S.C. § 2000 et al.

## COUNT II

21. Plaintiff incorporates by reference paragraphs 1-18.

22. Defendant, as a result of terminating Plaintiff due to Plaintiff engaging in protected activity, violated Title VII 42 U.S.C. § 2000 et al.

## COUNT III

23. Plaintiff incorporates by reference paragraphs 1-18.

24. Defendant, as a result of subjecting Plaintiff to a hostile environment, violated Title VII 42 U.S.C. § 2000 et al.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D. Award Plaintiff liquidated damages;

E. Award Plaintiff his cost in this action and reasonable attorney fees;

F. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully Submitted

                s//Amber K. Boyd
                Amber K. Boyd 31235-49
                Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by a jury.

                Respectfully Submitted

                s//Amber K. Boyd
                Amber K. Boyd 31235-49
                Attorney for Plaintiff

Amber K. Boyd 31235-49
Amber K. Boyd Attorney at Law
8510 Evergreen Avenue
Indianapolis, in 46240
(317) 210-3416